**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 MAY 18 A 10: 43

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSOLIDATED MULTIPLE )<br>LISTING SERVICE, INC., )<br>)<br>Defendant. )<br> | Case No. 3:08-CV-01786-SB |

**CONSENT ORDER REGARDING CMLS' INITIATION FEES**

This matter has come before the Court on the United States' motion to enforce the consent decree previously entered by this Court. It appears that the United States and Consolidated Multiple Listing Service, Inc. ("CMLS") have reached an agreement and consent to the following order. By consenting to this order, the parties are compromising a disputed claim, and this order does not establish any liability or wrongdoing on the part of CMLS.

1. CMLS will not charge an initiation fee that exceeds $700 for the duration of the Final Judgment entered by the Court on August 27, 2009, absent a showing to the Court of a significant change in factual conditions or in law.

2. CMLS will refund $1800 to each member who joined CMLS on or after August 27, 2009, and paid an initiation fee of $2500. The refunds may take the form of a credit against future membership dues and fees, provided that in the event a member leaves CMLS before the credit takes full effect, that member will receive a payment equal to the amount of any unused credit; and

3. The United States' motion to enforce the final judgment (Entry 70) is dismissed without prejudice.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

Charleston, South Carolina
May __17__, 2010

2

I so move:

s/Jennifer J. Aldrich
Jennifer J. Aldrich (#6035)
Timothy T. Finley
Counsel for Plaintiff United States of America

jennifer.aldrich@usdoj.gov
Assistant United States Attorney
1441 Main Street  Suite 500
Columbia, South Carolina  29201
(803) 343-3176

timothy.finley@usdoj.gov
United States Department of Justice
Antitrust Division, Litigation III Section
450 5th St. NW, Suite 4000
Washington, DC 20530
(202) 353-9209

I consent:

s/Edward M. Woodward, Jr.
Edward M. Woodward, Jr.(#4749)
Counsel for Consolidated Multiple Listing Service, Inc.

emwoodward@wchlaw.com
P.O. Box 12399
Columbia, S.C.  29211
803 799 9772 ext.11